Nancy K. McCombs (CSBN 163629)
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone:  (415) 678-2626
Email: mcintiremccombs@gmail.com

Attorney for Plaintiff
Marie Jeannette Radney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE JEANNETTE RADNEY,<br><br>           Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>           Defendant. | Civil No. 2:14-cv-01398-CKD<br><br>**STIPULATED REQUEST EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND AND ORDER** |

The parties request that plaintiff shall have an additional sixty days, to and including December 10, 2014, in which to move for summary judgment.  This is a change from the original date of October 11, 2014. The dates were calculated from September 11, 2014, when Defendant filed their answer.

(2) Plaintiff seeks additional time due to Attorney Nancy McCombs' heavy case load.

DATED: September 16, 2014                    By:    /S/ *Nancy K. McCombs*
                                                                          NANCY K. MCCOMBS
                                                                          Attorney for Plaintiff

DATED: September 16, 2014                    By:  /S/ *Asim Modi*
                                                                          ASIM MODI,
                                                                          Office of General Counsel, SSA

IT IS SO ORDERED:

Dated:  September 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE