Nancy K. McCombs (CSBN 163629)
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone: (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARIE JEANNETTE RADNEY, ) | Civil Action No. 2:14-CV-1398-CKD |
| Plaintiff, ) | |
| v. ) | **STIPULATED REQUEST EXTENDING TIME TO FILE RESPONSE TO CROSS-MOTION FOR SUMMARY JUDGMENT AND** ~~**PROPOSED**~~ **ORDER** |
| CAROLYN W. COLVIN, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| Defendant ) | |

The parties request that plaintiff shall have an additional ten days, to and including February 2, 2015, in which to respond to defendant's cross-motion for summary judgment. This is a change from the original date of January 23, 2015. The dates were calculated from January 9, 2015, when Defendant filed their notice, motion, and memorandum in support of cross-motion for summary judgment.

(2) Plaintiff seeks additional time due to Attorney Nancy McCombs' heavy case load.

///
///
///

-1-

-2-

1  DATED:      January 21, 2015          By:      /S/ *Nancy K. McCombs*
2                                                 NANCY K. MCCOMBS,
                                                  Attorney for Plaintiff
3
   DATED:      January 21, 2015          By:      /S/ Asim Modi
4                                                 ASIM MODI,
                                                  Office of General Counsel, SSA
5

6  IT IS SO ORDERED:

7

8  Dated:  January 22, 2015

9                                                 _____
                                                  CAROLYN K. DELANEY
10                                                UNITED STATES MAGISTRATE JUDGE

-2-